```
                          United States Bankruptcy Court
                            Northern District of Indiana
In re:                                                                  Case No. 18-11687-reg
Craig William Bradley                                                   Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0755-1           User: sduran                 Page 1 of 1                  Date Rcvd: Sep 10, 2018
                               Form ID: 309A                Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2018.
db           +Craig William Bradley,    1502 Avon Place,    Huntington, IN 46750-1364
tr           +Yvette Gaff Kleven,    Adelsperger & Kleven, LLP,    111 West Wayne Street,
                Fort Wayne, In 46802-2503
smg          +Indiana Employment Security Division,    10 North Senate Street,    Indianapolis, IN 46204-2201
14464493     +Airway Oxygen Inc,    PO Box 9950,   Wyoming, MI 49509-9918
14464495     +Credit Acceptance Corp,    ATTN: Operations Support,    PO Box 513,   Southfield, MI 48037-0513
14465194      Huntington County Treasurer,    Courthouse Square,    Huntington IN 46750
14464496     +Maria Miller Bradley,    13216 Lake Everett Dr,    Fort Wayne, IN 46818-9009
14464498     +Mr. Cooper,   PO Box 619094,    Dallas, TX 75261-9094
14464500     +Wilson Real Estate & Development Co,    261 W Market St,    Huntington, IN 46750-2660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: wellingmc@gmail.com Sep 11 2018 02:47:39     Marian C. Welling,
                5326 Old Mill Rd.,    Fort Wayne, IN  46807
tr           +EDI: FYGKLEVEN Sep 11 2018 06:23:00     Yvette Gaff Kleven,    Adelsperger & Kleven, LLP,
                111 West Wayne Street,    Fort Wayne, In 46802-2503
ust           E-mail/Text: ustpregion10.so.ecf@usdoj.gov Sep 11 2018 02:48:22     Nancy J. Gargula,
                100 East Wayne Street, 5th Floor,    South Bend, IN  46601-2349
14464494     +EDI: CHASE.COM Sep 11 2018 06:24:00     Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
14465195     +E-mail/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Sep 11 2018 02:49:17
                Indiana Department of Revenue,    Bankruptcy Section - MS 108,    100 North Senate Avenue, N240,
                Indianapolis IN 46204-2231
14464499     +E-mail/Text: bankruptcy@trfcu.org Sep 11 2018 02:48:49     Three Rivers Federal Credit Union,
                PO Box 2573,    Fort Wayne, IN 46801-2573
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14464497*    +Maria Miller Bradley,    13216 Lake Everett Dr,   Fort Wayne, IN 46818-9009
14464501*    +Wilson Real Estate & Development Co,    261 W Market St,   Huntington, IN 46750-2660
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2018 at the address(es) listed below:
              Marian C. Welling    on behalf of Debtor 1 Craig William Bradley wellingmc@gmail.com
              Nancy J. Gargula     USTPRegion10.SO.ECF@usdoj.gov
              Yvette Gaff Kleven    ygk@adelspergerkleven.com, IN41@ecfcbis.com;ygk@trustesolutions.net
                                                                                             TOTAL: 3
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Craig William Bradley** | | Social Security number or ITIN | **xxx–xx–9826** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Indiana** | | Date case filed for chapter | **7   9/7/18** |
| Case number: | **18–11687–reg** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Craig William Bradley | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1502 Avon Place<br>Huntington, IN 46750 | | |
| 4. | **Debtor's attorney**<br>Name and address | Marian C. Welling<br>5326 Old Mill Rd.<br>Fort Wayne, IN 46807 | | Contact phone 260–450–5372<br><br>Email:  wellingmc@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Yvette Gaff Kleven<br>Adelsperger & Kleven, LLP<br>111 West Wayne Street<br>Fort Wayne, In 46802 | | Contact phone (260)407–7077<br><br>Email:  ygk@adelspergerkleven.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Craig William Bradley**                                                                                                      Case number **18–11687–reg**

| 6. | **Bankruptcy clerk's office** | 1300 S. Harrison St. | Hours open: |
|---|---|---|---|
|   | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Fort Wayne, IN 46802 | 9:00 a.m. – 4:00 p.m. Monday – Friday |
|   |   |   | Contact phone 260–420–5100 |
|   |   |   | Date: 9/10/18 |
| 7. | **Meeting of creditors** | **October 11, 2018 at 10:30 AM** | Location: |
|   | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Room 1194, 1300 South Harrison Street, Fort Wayne, IN 46802** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |   |
|   | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |   |   |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 12/10/18** |
|   | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. |   |   |
|   |   | **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). |   |
|   |   | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |   |
|   | Please do not file a proof of claim unless you receive a notice to do so. |   |   |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |   |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |   |