UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 18-11687 |
| Craig William Bradley | ) | Chapter 7 |
| Debtor | ) | |

**NOTICE OF AMENDMENT OF SCHEDULES A/B, C WITH DECLARATION**

COMES NOW Debtor, by counsel, and gives notice that Schedules A/B and C are amended to correct errors.

/s/ Marian C. Welling

Marian C. Welling # 18215-02

Counsel for Debtor

5326 Old Mill Road

Fort Wayne, IN 46807

260-450-5372

## CERTIFICATE OF SERVICE

  I hereby certify that a true and accurate copy of the above was served on the parties listed below by placing a copy in the U.S. Mail or by mailing electronically on <u>October 14, 2018</u>, at the addresses listed below.

U.S. Trustee
100 E. Wayne St. Suite 555
South Bend, IN 46601
USTPRegion10.SO.ECF@usdoj.gov

Yvette Gaff Kleven, Trustee
111 W. Wayne St.
Fort Wayne, IN 46802
ygk@adelspergerkleven.com

Craig William Bradley
4 Emerald Lane
Huntington, IN 46750

Airway Oxygen Inc
PO Box 9950
Wyoming, MI 49509

Chase Card
PO Box 15298
Wilmington, DE 19850

Credit Acceptance Corp
Attn: Operations Support
PO Box 513
Southfield, MI 48037

Maria Miller Bradley
13216 Lake Everett Dr
Fort Wayne, IN 46818

Mr. Cooper
PO Box 619094
Dallas, TX 75261

Three Rivers Federal Credit Union
PO Box 2573
Fort Wayne, IN 46801

Wilson Real Estate & Development
261 W. market St
Huntington, IN 46750


        /s/ Marian C. Welling

        Marian C. Welling  #18215-02